AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The premises known as 3201 Dryades<br>Street, New Orleans, Louisiana | )<br>)<br>)  Case No.  19-mc-13413<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Louisiana_____
*(identify the person or describe the property to be searched and give its location)*:
SEE ATTACHMENT A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   Nov 6, 2019
                                                                                                                  *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge _____Magistrate Duty Judge_____.
                            *(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for   30   days *(not to exceed 30)*.
                                                    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11-6-19; 4:28pm  _____
                                                                               *Judge's signature*

City and state:   New Orleans, Louisiana          Honorable Karen Wells Roby, Chief U.S. Magistrate Judge
                                                                                        *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 19-mc-13413 | 11/7/2019 @ 9:45 AM | Eddie Parks |

Inventory made in the presence of: SA Patrick Solomon

Inventory of the property taken and name of any person(s) seized:

See attached.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: December 17, 2019

Subscribed, sworn to, and returned before me, this 17th day of December, 2019.

*Janis van Meerveld*
Janis van Meerveld, U.S. Magistrate Judge

*Executing officer's signature*

Jared B Miller, Special Agent
*Printed name and title*

**Property Seized from 3201 Dryades Street**

DRUG: HEROIN, QTY: 5.8, MEA: GRAMS, SUSPECTED HEROIN PACKAGED IN ALUMINUM FOILS, 21 IN TOTAL

TWO (2) HANDHELD WALKIE TALKIE RADIOS FOUND ON THE FILING CABINET IN ROOM # 1 AT 3201 DRYADES.

TWO (2) CELLULAR TELEPHONES FOUND INSIDE DESK AT 3201 DRYADES ON THE DESK IN ROOM #1, (1) ONE BLUE ALCATEL FLIP PHONE AND (1) ONE BLACK SAMSUNG SMARTPHONE

DRUG: COCAINE, QTY: 0.3, MEA: GRAMS, WALGREENS PRESCRIPTION BOTTLE CONTAINING THREE WHITE ROCK LIKE SUBSTANCES

DRUG: HEROIN, QTY: 0.3, MEA: GRAMS, SUSPECTED HEROIN PACKAGED IN ALUMINUM FOIL, 1 IN TOTAL

ONE (1) DIGITAL SCALE FOUND INSIDE THE DESK IN ROOM # 1 AT 3201 DRYADES ST

FIREARM: HANDGUN, MNF: RUGER, TYPE: PISTOL, MODEL: SR40C, CAL: 40, SN: 345-02018

AMMUNITION, QTY: 3, MNF: UNKNOWN, CAL: 40

FIREARM: HANDGUN, MNF: WESSON ARMS, DAN, TYPE: REVOLVER, MODEL: 44, CAL: 44, SN: 184322, SEIZE METHOD: Search Warrant

APPLE CIDER VINEGAR BOTTLE CONTAINING NUMEROUS EMPTY CAPSULES AND SEVERAL CLEAR PLASTIC BAGS USED FOR PACKAGING NARCOTICS, FOUND WITH COCAINE BASE, ON THE TABLE IN ROOM # 1

DRUG LEDGER FOUND OUTSIDE BY GATE AT 3201 DRYADES.

FIREARM: HANDGUN, MNF: COLT, TYPE: PISTOL, MODEL: COMBAT COMMANDER, CAL: 45, SN: 70SC55681

AMMUNITION, QTY: 5, MNF: OTHER, CAL: 45

AR-BRACE FOR FIREARM FOUND INSIDE CLOSET AT 3201 DRYADES

AMMUNITION - ASSORTED, QTY: 2, MNF: UNKNOWN, CAL: MULTI

- EIGHTY FOUR DOLLARS IN UNITED STATES CURRENCY
- WALKIE TALKIE RADIO FOUND OUTSIDE BY THE GATE AT 3201 DRYADES.
- DRUG: HEROIN, QTY: 26.5, MEA: GRAMS , 87 FOILS OF SUSPECTED HEROIN PACKAGED FOR SALE WITH A TOTAL PACKAGE WEIGHT OF 26.5 GRAMS
- DRUG: HEROIN, QTY: 17.7, MEA: GRAMS , 53 FOILS OF SUSPECTED HEROIN PACKAGED FOR SALE WITH A TOTAL PACKAGE WEIGHT OF 17.7 GRAMS
- FOUR DOLLARS IN UNITED STATES CURRENCY
- ONE THOUSAND AND TWO HUNDRED DOLLARS IN UNITED STATES CURRENCY
- DRUG LEDGER / PRICE LIST INSTRUCTING STREET LEVEL DEALERS ON WHAT TO CHARGE FOUND INSIDE BY BACK DOOR AT 3201 DRYADES ST
- DRUG: HEROIN, QTY: 29.5, MEA: GRAMS , 95 FOILS OF SUSPECTED HEROIN PACKAGED FOR SALE WITH A TOTAL PACKAGE WEIGHT OF 29.5 GRAMS
- EIGHTY DOLLARS IN UNITED STATES CURRENCY
- FIVE DOLLARS IN UNITED STATES CURRENCY
- DRUG: OTHER NARCOTICS, QTY:  1.1, MEA: GRAMS , APP . 1.1 GRAMS OF UNKNOWN WHITE POWDERY SUBSTANCE CONTAINED IN CLEAR PLASTIC BAG
- OTHER: OTHER, CELL PHONE FOUND OUTSIDE BY GATE AT 3201 DRYADES ST
- DRUG: COCAINE, QTY:  1.1, MEA: GRAMS , TWO CLEAR PLASTIC BAGGIES CONTAINING A WHITE ROCK LIKE SUBSTANCE
- AMMUNITION,  QTY:  6, MNF: UNKNOWN, CAL: 357
- BLACKFIN WALKIE TALKIE, MODEL NO: WT-1004, FCC ID: 2AMXI-WT-1004, SEIZED FROM DEREK LEE ON SCENE AT 3201 DRYADES ST
- FLIR BRAND DVR THAT WAS HOOKED UP TO SURVEILLANCE CAMERAS LOCATED IN ROOM #1 AT 3201 DRYADES ST
- LARGE INDUSTRIAL WATER COOLER WATER BOTTLE FILLED WITH MISCELLANEOUS AMOUNT OF U.S. CURRENCY FOUND BY THE DESK

IN ROOM #1 AT 3201 DRYADES ST

DRUG: HEROIN, QTY: 0.4, MEA: GRAMS, SUSPECTED HEROIN PACKAGED IN ALUMINUM FOIL, ONE IN TOTAL

BLACK CYLINDRICAL CONTAINER WHICH CONTAINED TWO (2) CLEAR PLASTIC BAGS CONTAINING WHITE ROCK LIKE SUBSTANCE PRESUMED TO BE COCAINE BASE) FOUND ON THE DESK AT 3201 DRYADES ST